**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Loretta DEMOUCHET, aka Sharon Cross, aka Sharon Jones,**
**Defendant–Appellant.**

**No. 01–10449.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 12, 2003.

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Loretta Demouchet appeals her guilty-plea convictions and concurrent 30–month sentences imposed for two counts of trans-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

porting an illegal alien for private financial gain, in violation of 18 U.S.C. § 1324(a)(1)(A)(ii) and (B)(i). Demouchet's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Demouchet has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).